**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Harrington,**

       **Plaintiff(s),**

         **V.**

                                      **CIVIL ACTION**

                                      **NO. 14-40025-TSH**

**Receivables Performance Management,**

       **Defendant(s),**


**SETTLEMENT ORDER OF DISMISSAL**


**Hillman, D. J.**


    **The Court having been advised on    August 8, 2014**

**that the above-entitled action has been settled;**

    **IT IS ORDERED that this action is hereby dismissed without costs and**

**without prejudice to the right of any party, upon good cause shown, to reopen the**

**action within thirty (30) days if settlement is not consummated.**


                                           **By the Court,**


   **August 8, 2014**                              **/s/ Martin Castles**
       **Date**                                      **Deputy Clerk**